AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-0014 |
| DODGE DALE HELLONEN | ) | Assigned To: Magistrate Judge Zia M. Faruqui |
| | ) | Assign. Date 1/17/2023 |
| | ) | Description: Complaint with Arrest Warrant |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DODGE DALE HELLONEN                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   01/17/2023

                                                                     Zia M. Faruqui
                                                                     2023.01.17 16:39:40 -05'00'
                                                                     *Issuing officer's signature*

City and state:   Washington, D.C.                            ZIA M. FARUQUI, U.S. Magistrate Judge
                                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)* 1/17/2023, and the person was arrested on *(date)* 1/18/2023
at *(city and state)* JACKSONVILLE, NC.

Date:   1/18/2023

                                                                     *Arresting officer's signature*

                                                                     TFO JAMES E. STEPHENS
                                                                     *Printed name and title*