UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-00140-JMC |
| : | |
| DODGE DALE HELLONEN : | |
| : | |
| **Defendant.** : | |

## NOTICE UNDER LOCAL CRIMINAL RULE 57.12(B)(3) OF RELATED CASES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files notice, pursuant to Local Criminal Rule 57.12(B)(3), that *United States v. Dodge Dale Hellonen*, No. 23-cr-00140 (JMC) and *United States. v. Micah Coomer,* No. 23-cr-00124 (ACR) are related cases.

Both were charged in a criminal complaint (23-mj-14 (ZMF)) along with a third codefendant. The facts involve the group traveling together to Washington D.C. on January 6, 2021, moving together on the grounds of the U.S. Capitol, and trespassing and parading together inside the U.S. Capitol Building. Accordingly, because the criminal conduct alleged against these individuals overlaps and in the interest of consistency and ease in sentencing, the Government requests the cases be transferred to the same district court judge. Pursuant to the Local Criminal Rule 57.12(C)(1), that typically is to the district court judge with the lower numbered case – Judge Reyes in this case.

Defense counsel, Halerie Costello, was consulted before the filing of this notice and has no objection to the notice and request made herein.

1

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052


By:     /s/ Joseph H. Huynh
JOSEPH H. HUYNH
D.C. Bar No. 495403
Assistant United States Attorney (Detailed)
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Joseph.Huynh@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I caused a copy of the foregoing to be served on counsel of record via electronic filing.

/s/ *Joseph Huynh*
Joseph Huynh
Assistant United States Attorney