Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   23-140

DODGE DALE HELLONEN

Category   A

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 4/28/2023 from Judge Jia M. Cobb to Judge Ana C. Reyes by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:   Judge Jia M. Cobb   & Courtroom Deputy
      Judge Ana C. Reyes   & Courtroom Deputy
      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk