8/22/2023

To the Honorable Ana C. Reyes,

This letter is from Dale and Shelby Hellonen.
We are the parents of Dodge Hellonen.

From the day Dodge came home from the hospital to the day he graduated from high school - and joined the Marine Corp, we were very fortunate to have a son who always made us proud to be his parents. The same is true regarding his younger brother Davis.

We never had any issues regarding alcohol, drugs, or any type of legal issues.

By the time Dodge reached high school, he was thinking about being in the military - to serve his country.
During high school, Dodge was on the school swim team and in the marching band.
It was a memorable time for us as parents, especially since both he and Davis were in the marching band together for two years.
He also studied German while in high school.

While in the Marines, he volunteered on more than one occasion on the weekends in the town near his base - to help in the community. He was also student of the month while going through his training.
He also completed college courses while serving in the Marines to earn an associate's degree.

Dodge is a good person and we hope this brief background gives you a glimpse into who he is as person.

There is an old song titled, "If I could turn back the hands of time", and if I could I would tell that young man to stay out of Washington, DC. But, I can't - and here we are today. His fate is in your hands.

Sincerely,
Dale and Shelby Hellonen

*Dale Hellonen*
*Shelby Hellonen*

Character Reference for Dodge Hellonen

Date: 08/07/2023

To: The Honorable Ana C. Reyes

Subject: Character Reference for Dodge Hellonen

Dear Judge Reyes,

I hope this letter finds you in good health. I am writing to provide a character reference for Mr. Dodge Hellonen, who is currently appearing before your esteemed court. I have had the privilege of knowing Dodge for over five years, and I am grateful for the opportunity to share my thoughts on his character and the positive impact he has had on those around him.

I had the honor of serving alongside Dodge during my time in the Marine Corps. Our relationship developed into a close friendship rooted in mutual respect, trust, and shared experiences. Throughout this time, I have been a firsthand witness to the exceptional dedication he possesses not only to his country but also to the people he interacts with on a daily basis.

Dodge is the embodiment of a true friend and a dependable individual. His willingness to lend a helping hand to those around him is remarkable. Whether it's assisting a comrade in need or volunteering for community initiatives, Dodge's selflessness is a quality that sets him apart. He consistently demonstrates a genuine concern for others' well-being and never hesitates to offer his support, often going above and beyond the call of duty.

While Dodge acknowledges the mistakes he has made and understands the need to accept responsibility for his actions, I can attest to his sincere remorse. He deeply regrets his choices and the consequences they have brought upon him and those involved. Throughout our friendship, I have seen him engage in personal growth and self-reflection, which further reinforces his commitment to becoming a better individual.

Based on my interactions and experiences with Dodge, I wholeheartedly believe in his potential for a bright and meaningful future. His dedication, resilience, and strong moral compass are qualities that will undoubtedly continue to positively influence those around him. I am confident that he will seize any opportunity to learn from his mistakes and contribute positively to society.

In conclusion, I kindly request your consideration of Dodge Hellonen's character and the circumstances that have led him to appear before your court. I believe in his capacity for growth, redemption, and the ability to make valuable contributions to his community and society as a whole.

Thank you for taking the time to read this character reference. Your wisdom and judgment in this matter are greatly appreciated.

Sincerely,

*[signature]*

Cole Chamberlin

From: Reese Logan Lemane
Address: 2043 W Windgate Ct, Jacksonville NC 28546
Contact Number: 910-358-8250
Contact Email: Reese.l.lemane.mil@socom.mil

Date: August 4th, 2023

Honorable Ana C. Reyes,

I am SSgt Lemane, a Marine senior to Sgt Hellonen within 3rd Marine Raider Support Battalion, Intelligence Company. I have known Dodge Hellonen for only a relatively short time, having met him after I returned from a deployment in August 2022. However, in that short time I have found that this young Marine's character impresses me to an extent that I am willing to write this very letter while my 3 young children cause chaos elsewhere in my home.

    I have worked very closely with Dodge on two 1-week assignments to inventory our gear. Since the incident, Dodge has already been paying a form of penance. He is unable to access the secure compartmented information facility (SCIF) and thus unable to perform intelligence duties (his primary occupation) and has been assigned to manage the company's gear consisting of thousands of items worth untold millions of dollars. Many Marines, including those assigned to this task in the past, would have done the bare minimum required. What sets Dodge apart and gained my attention is the dedication he put into revamping and organizing the gear despite the circumstances of his assignment. He has done this without complaint, an admirable deviance from other Marines assigned this duty. In the time I spent working beside him he has displayed a level of military professionalism above average, especially when considering the more relaxed climate special operation forces (SOF) often maintain.

    In my private conversations with Dodge, the events of January 6th have inevitably come up. My impression is that he is genuinely remorseful of his participation. My personal assessment is that Dodge is a true patriot and in misjudged fashion thought he was acting with the best interests of the United States at the time. I believe that he was swept up in the momentum of the day and the press of bodies and would not have acted in such a manner if not for extreme external influences. Regardless, this does not completely excuse his participation, but I ask the court to show Sgt Hellonen as much leniency as allowed so that he may continue to serve his country in the future. I thank the court for this time and am available to be contacted to verify the facts and opinions of this letter.


Much Obliged,

*Reese Lemane*

SSgt Lemane, Reese L.

From: Corinne W Filippelli
Address: 339 S Stingray Lane, Sneads Ferry NC 28460
Email: Corinne.filippelli@gmail.com
Contact Number: 315-525-5669
Date: August 3rd 2023

Dear Honorable Ana C. Reyes,

    I am writing this character statement to express my admiration and appreciation for Dodge Hellonen, whom I have known for nine months. I am Staff Sergeant Corinne Filippelli, a co-worker and friend of Dodge Hellonen. During this time, I have had the privilege of witnessing Dodge's exceptional leadership and positive impact on our company.

    I have witnessed multiple people who held the same position as Dodge. However, his attitude and approach were beyond the best I have seen. Every week, he would manage personnel to go through the equipment, which is extremely tedious and repetitive, but Dodge's attitude never faltered. If I or anyone else ever needed assistance locating a record jacket or transferring a piece of equipment, Dodge would take the time to stop what he was doing and give his full attention to the problem at hand without complaint. Despite the workload, Dodge demonstrated the ability to keep everything meticulously organized and efficiently handle transfers or requests, which was the cause of smooth operations.

    While getting to know Dodge more, I learned that he deeply cares about serving in the Marine Corps. He truly wants to do meaningful work and actively seeks opportunities to contribute as much as possible while serving. Dodge works on his technical skills to the best of his ability and completes the administrative aspect of being a Marine, focusing on physical fitness and even pursuing additional billets such as a Marine Combat Instructor of Water Survival. His character and dedication to the mission makes Dodge a force multiplier and encompasses the Whole Marine concept.

    Throughout our professional relationship, I have consistently found Dodge to be an individual of unwavering integrity, honesty, and reliability. The events that took place on January 6, 2021, are extremely out of character. I wholeheartedly vouch for Dodge Hellonen's character and commend his positive influence within the company. His organizational abilities, dedication to going above and beyond his responsibilities, and commitment to fostering a healthy work environment are commendable. Dodge Hellonen has a bright future in the Marine Corps and is apart of the few exceptionally qualified Marines.

Sincerely,

Corinne W Filippelli

*Corinne W Filippelli* (signature)

8/15/2023

Dear Honorable Ana C. Reyes,

I am writing this character reference letter on behalf of my friend and coworker, Dodge Hellonen, who is currently pending sentencing for a crime that occurred on January 6th,2021. I have known Dodge Hellonen for over half a year now, and I would like to provide you with some insights into his character and the positive impact he has had on myself and others in the community.

I want to begin by acknowledging the seriousness of the events that took place on January 6th. Such actions are deeply concerning and have no place in a healthy democracy. However, I believe that it is important to consider each individual's circumstances and motivations, as well as their potential for growth and life outside of the actions they are being charged for.

I have known Dodge since February 2023, when I returned from my deployment overseas. Adjusting back to normal life was difficult, but thankfully I met Dodge and we became fast friends. Dodge very quickly helped me settle back into the average day to day and was always open to talk. Dodge is kind, intelligent, compassionate, dependable and honest. He also has an impeccable work ethic and was fundamental in increasing our unit's readiness. Dodge, along with another marine, improved our equipment maintenance and inventory to a great degree, freeing up hundreds of man hours in the process.

Another example of Dodge's selflessness can be shown through his dedication to those he cares for. Recently I had the misfortune of becoming injured which put me on crutches. Dodge volunteered to help me carry my things, go shopping, and even help with laundry. I would have had a much more difficult time and am sincerely grateful for his assistance and friendship.

As far as I am aware, Dodge has no prior history of criminal behavior. Dodge has even been awarded the United States Marine Corps Good conduct medal. This event seems to be an aberration in his otherwise law-abiding life. He understands the gravity of his decisions and is committed to making amends. I firmly believe that Dodge can learn from this experience and channel his energy into positive endeavors.

I understand that the events of January 6th have caused significant distress and have broader implications. I do not intend to downplay the severity of the situation or the need for accountability. My intention in writing this letter is to present a balanced perspective on Dodge's character.

Thank you for your attention to this matter and thank you for considering my letter. I trust that you will acknowledge my words, along with other relevant information, as you make your decision regarding Dodge's sentencing.

Sincerely,

Sergeant Andriy M. Khmil